IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.    INFORMATION

GREGORY A. EGER    3:09mj364

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about October 19, 2009, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**GREGORY A. EGER,**

did unlawfully drive a motor vehicle with knowledge that his license and/or driving privileges were cancelled, suspended or revoked, in violation of Section 322.34(2), Florida Statutes and Title 18, United States Code, Sections 7 and 13.

### COUNT TWO

That on or about October 19, 2009, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**GREGORY A. EGER,**

did unlawfully drive a motor vehicle without maintaining financial responsibility for

property damage in violation of Section 324.022, Florida Statutes and Title 18, United States Code, Sections 7 and 13.

### COUNT THREE

That on or about October 19, 2009, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

### GREGORY A. EGER,

did unlawfully drive a motor vehicle without a registration, in violation of Section 320.07(3), Florida Statutes and Title 32, Code of Federal Regulations, Section 210.

_____
THOMAS F. KIRWIN
United States Attorney

12/10/09
DATE