IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Case No.: 3:09mj364/EMT

GREGORY A. EGER,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Assistant Federal Public Defender THOMAS S. KEITH, and gives notice that he will be counsel for the defendant in the above-styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to CAPT. MEREDITH STEER, Special Assistant United States Attorney, AAC/JA, 501 Van Matre Avenue, Suite 1, Eglin AFB, FL 32542-5487, and STEPHEN PREISSER, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 24th day of December, 2009.

                                                      /s/ *Thomas S. Keith*
                                                      THOMAS S. KEITH
                                                      Florida Bar No. 0243078
                                                      Attorney for Defendant
                                                      3 West Garden Street, Suite 200
                                                      Pensacola, FL 32502
                                                      (850) 432-1418