# United States District Court
## CRIMINAL MINUTES - GENERAL

Time Commenced: 8:47 a.m.  Case No. 3:09mj364

Time Concluded: 9:14 a.m.  Date 1/26/10

---

DOCKET ENTRY: PLEA and sentence (Ct. 1 - DWLS, Ct 2 - no ins., Ct 3 - no registration)

Govt moves to dismiss counts 2 & 3 - granted.

---

PRESENT:   HON. __MILES DAVIS__, MAGISTRATE JUDGE   __JOANNE AHR__
                                                    Deputy Clerk
           __P. Cunningham__   __CD__                __Meredith Steer__
              USPO          Court Reporter/Tape     Asst. U.S. Attorney

U.S.A. vs   GREGORY EGER

           _X_ present   ___ custody   ___ bond   _X_ O/R

           TOM KEITH                            _X_ Appt ___ Retained _X_ Present
              Attorney for Defendant

PROCEEDINGS:

Defendant sworn and questioned by the court. Court accepts plea.

Sentence on Count 1: $150.00 fine, $10.00 SMA

pay by 4/21/10

appeal rights