UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

GREGORY A. EGER

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj364/MD

AFPD Thomas Keith
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(2) and 18 U.S.C. §§ 7 & 13 | Driving With Suspended License With Knowledge | 10/19/09 | One |

Counts Two and Three were dismissed on the government's motion.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than April 21, 2010.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 10.00 | $ 150.00 | $ 0.00 |

Date of Imposition of Sentence - 1/26/10

*Miles Davis* (signature)
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-26-10

Rec'd 0127*10 UsDcFln3AM1007